■ In the Matter of Judson Reis, Respondent, v Wendy E. Zimmer, Appellant. [710 NYS2d 259] —Motion to renew granted and, upon renewal, order entered and decision filed December 30, 1999 are amended by vacating the dismissal of the petition and counterclaim and by remitting the matter to Supreme Court for further proceedings on the petition and counterclaim. Present—Pine, J. P., Hayes, Wisner, Scudder and Lawton, JJ. [*See,* 263 AD2d 136.]